| | |
|---|---|
| Peter J. Pizzi<br>Christine I. Gannon<br>WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 600<br>Newark, NJ 07102<br>Tel.: (973) 757-1100 | *Of Counsel:*<br>Lora M. Fridemann (to be admitted<br>*pro hac vice*)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>Tel.: (612) 492-7000 |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAISLEY PARK ENTERPRISES, INC. AND COMERICA BANK & TRUST, N.A. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PRINCE ROGERS NELSON,<br><br>         Plaintiffs,<br><br>     v.<br><br>DOMAIN CAPITAL, LLC,<br><br>         Defendant. | Civil Action No.: 2:18-cv-12044<br>(JMV-JBC)<br><br>**NOTICE OF APPEARANCE** |

To:   Clerk, United States District Court
      District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that Peter J. Pizzi of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Plaintiffs Paisley Park Enterprises, Inc. and Comerica Bank & Trust, N.A. as Personal Representative of the Estate of Prince Rogers Nelson and requests that copies of all papers in this action be served upon the undersigned.

                                        WALSH PIZZI O'REILLY FALANGA LLP

Dated: July 26, 2018                    By:   *s/Peter J. Pizzi*
                                              Peter J. Pizzi