Peter J. Pizzi
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel.: (973) 757-1100

*Of Counsel:*
Lora M. Fridemann (to be admitted
*pro hac vice)*
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel.: (612) 492-7000

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

PAISLEY PARK ENTERPRISES, INC.
AND COMERICA BANK & TRUST,
N.A. AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF PRINCE ROGERS NELSON,

Plaintiffs,

v.

DOMAIN CAPITAL, LLC,

Defendant.

Civil Action No.: 2:18-cv-12044
(JMV-JBC)

**NOTICE OF APPEARANCE**

To:   Clerk, United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that Colleen M. Maker of Walsh Pizzi O'Reilly Falanga LLP

hereby enters an appearance on behalf of Plaintiffs Paisley Park Enterprises, Inc. and Comerica

Bank & Trust, N.A. as Personal Representative of the Estate of Prince Rogers Nelson and requests

that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: July 26, 2018

By:   *s/Colleen M. Maker*
Colleen M. Maker