# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAISLEY PARK ENTERPRISES, INC. AND COMERICA BANK & TRUST, N.A. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PRINCE ROGERS NELSON,<br><br>Plaintiffs,<br>v.<br><br>DOMAIN CAPITAL, LLC,<br><br>Defendant. | Case No.: 2:18-cv-12044-JMV-JBC<br><br>STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

**IT IS HEREBY STIPULATED** and agreed by the attorneys for the parties indicated below that the time of Defendant, DOMAIN CAPITAL, LLC to answer or otherwise respond to the Complaint filed by the Plaintiffs herein is extended from August 16, 2018, to and including September 28, 2018.

Dated: August 16, 2018

| | |
|---|---|
| **WALSH PIZZI O'REILLY FALANGA LLP**<br><br>By: _____s//Christine Gannon//_____<br>Peter J. Pizzi<br>Christine I. Gannon<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ 07102<br>Tel: (973) 757-1100<br><br>*Of Counsel*<br>Lora M. Friedemann (to be admitted *pro hac vice*)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>Tel: (612) 492-7000<br><br>*Attorneys for Plaintiffs* | **ESQwire.com, P.C**<br><br>By: _____s//Jason Schaeffer//_____<br>Ari Goldberger, Esq.<br>Jason Schaeffer, Esq.<br>ESQwire.com. P.C.<br>1908 Route 70 East<br>Cherry Hill, NJ 08003<br>Tel.: (856) 874-9651<br>Fax: (856) 874-9182<br>Jason@ESQwire.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of August, 2018.

_____
Honorable James B. Clark, III